**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHELLE OLSON, | ) | NO. EDCV 10-1173-SS |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration, | ) | |
| Defendant. | ) | |

   IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: March 29, 2011

                            /S/
                      SUZANNE H. SEGAL
                      UNITED STATES MAGISTRATE JUDGE